HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PENINSULA TOPSOIL, LLC, a Washington Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BANDIT INDUSTRIES, INC.,<br>Defendant. | CASE NO. 21-cv-05118-TL<br><br>STIPULATION AND ORDER FOR DISMISSAL |

TO THE CLERK OF THE COURT:

Plaintiff PENINSULA TOPSOIL, LLC, a Washington Limited Liability Company and Defendant BANDIT INDUSTRIES, INC. agree and move the Court under FRCP 41(a)(1)(A)(ii) for an Order of dismissal of the above referenced action with prejudice and without an award of costs, attorney fees or interest to any party.

AGREED this 11th day of January, 2022.

| BERESFORD BOOTH PLLC | WILLIAMS KASTNER |
|---|---|
| By: /s/ Todd J. Cook<br>Todd J. Cook, WSBA No. 44729<br>145 Third Ave. S., Suite 200<br>Edmonds, Washington 98020-3593<br>Phone: (425) 776-4100<br>Fax: (425) 776-1700<br>Email: toddc@beresfordlaw.com<br>*Attorneys for Plaintiff Peninsula Topsoil, LLC* | By: /s/ Tyler J. Hermsen<br>Tyler J. Hermsen, WSBA No. 43665<br>Christine J. Lee, WSBA No. 43231<br>Sydney Haller, WSBA No. 49681<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Phone: 206-628-2778<br>Fax: 206-628-6611<br>Email: Hermsen@williamskastner.com<br>Email: CLee@williamskastner.com<br>Email: Shaller@williamskastner.com<br>*Attorneys for Defendant Bandit Industries, Inc.* |

*STIPULATION AND ORDER FOR DISMISSAL* – 1
21-cv-05118 - TL

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100

## **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing its own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: This 19th day of January, 2022.

BY THE COURT:

Tana Lin
United States District Judge

*STIPULATION AND ORDER*
*FOR DISMISSAL* – 2
21-cv-05118 - TL

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following attorneys/interested parties:

| | |
|---|---|
| Tyler J. Hermsen, WSBA No. 43665 | Hermsen@williamskastner.com |
| Christine J. Lee, WSBA No. 43231 | CLee@williamskastner.com |
| Sydney Haller, WSBA No. 49681 | Shaller@williamskastner.com |

By: */s/ Leah Bartoces*
Leah Bartoces, Paralegal

*STIPULATION AND ORDER FOR DISMISSAL* – 3
21-cv-05118 - TL

**BERESFORD ♦ BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100